# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN RAY HOLMES, | ) | 3:17-cv-00320-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 10, 2020 |
| ISIDRO BACA, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Compel Discovery (ECF No. 42). To date, no response has been filed by the Defendants.

**IT IS HEREBY ORDERED** that Defendants shall have to and including **Wednesday, February 19, 2020**, in which to respond to Plaintiff's motion (ECF No. 42).

DEBRA K. KEMPI, CLERK

By:  /s/_____
         Deputy Clerk