## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN RAY HOLMES,<br><br>  Plaintiff,<br>vs.<br><br>ISIDRO BACA, *et al.,*<br><br>  Defendants. | Case No.: 3:17-CV-00320-RCJ-WGC<br><br>ORDER |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(b)(5). The scheduling order (ECF No. 28) filed October 4, 2019, required the parties to file a joint pretrial order required by LR 26-1(b)(5), thirty (30) days past the date for filing motions for summary judgment. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after a decision of the dispositive motions or until further order of the court. The court adopted in part and rejected in part the Report and Recommendation (ECF No. 53) granting and denying in part Defendant's Motion for Summary Judgment (ECF No. 44) on September 17, 2020. The parties were, therefore, required to file a joint pretrial order by October 19, 2020. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file the joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **March 10, 2021.**

**IT IS SO ORDERED**.

Dated this 10th day of February, 2021.

_____
ROBERT C. JONES
United States District Judge

1