# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN RAY HOLMES, | Case No.: 3:17-CV-00320-RCJ-WGC |
| Plaintiff, | |
| vs. | **ORDER TO TRANSPORT PLAINTIFF AND ORDER TO TEST NDOC INMATE FOR IN-PERSON COURT PROCEEDINGS** |
| ISIDRO BACA, *et al.*, | |
| Defendants. | |

The Court set an in-person jury trial for 8:30A.M., Monday, February 7, 2022 (ECF No. 65).

**IT IS ORDERED** that the Nevada Department of Corrections (NDOC) shall transport inmate Kevin Ray Holmes, NDOC #63616, to the Bruce R. Thompson Federal Courthouse, 400 South Virginia Street, Reno, Nevada, to personally attend the jury trial set for 8:30A.M., Monday, February 7, 2022, in Reno Courtroom Number 3, before Judge Robert C. Jones.

**IT IS FURTHER ORDERED** that the Nevada Attorney General's Office, in coordination with the NDOC, shall arrange for Holmes to be tested for COVID-19 within 14 days of the hearing and with Holmes' consent.  Additionally, where practicable and depending on space availability,

the NDOC should ensure Holmes is placed in quarantine following administration of the test and prior to the hearing to protect against further exposure before transport to the Court.

**IT IS FURTHER ORDERED** that, if Holmes does not consent to testing, or upon a positive test result, the Nevada Attorney General shall immediately notify the court by contacting the courtroom deputy Lesa Ettinger, Lesa_Ettinger@nvd.uscourts.gov or (775) 686-5833.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide a courtesy copy of this Order to the U.S. Marshals Office in Reno, Nevada.

**IT IS SO ORDERED**.

DATED:   This 10th of January, 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE